EINSTEIN, Appellant, v. ROCHESTER GAS & ELECTRIC CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Edwin Einstein against the Rochester Gas & Electric Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

ELIAS et al., Appellants, v. SCHWEYER, Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1898.) Action by William Elias and others against Edward Schweyer. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 180.

In re ENGELHART. (Supreme Court, Appellate Division, First Department. March 25, 1898.) In the matter of I. A. Engelhart. No opinion. Motion denied.

FAIRBANKS, Respondent, v. HEGEMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by William Fairbanks against John R. Hegeman and others. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 1126.

FALLOWS, Respondent, v. BINDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) Action by Frederick Fallows against Rudolph Binder and Amelia Binder. No opinion. Judgment and order unanimously affirmed, with costs.

FARRELL, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1898.) Action by Lizzie J. Farrell against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.